IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ALEJANDRO C. MARTINEZ,**

    **Plaintiff,**

**v.**                                                               **No. CIV 07-1126 RB/CEG**

**UNITED STATES BORDER PATROL,**
**MARCIO NUNEZ, KENNETH J. PARKS,**
**STEVEN A. HIGGS, PETER R. MORAN,**

    **Defendants.**

## O R D E R

    **THIS MATTER** comes before the Court on Plaintiff's Pro Se Motion to Present Facts, Evidence, and Witnesses (Doc. 50), filed on August 17, 2009. The Court construes this motion as a request for additional time to obtain an attorney. On July 17, 2009, the Court stayed this matter until August 17, 2009, in order to allow Plaintiff the opportunity to obtain counsel. To the extent Plaintiff now requests additional time to obtain an attorney, the Court denies such request. Plaintiff is admonished that he, as a pro se litigant, must follow the same procedural rules that govern other litigants. *See Kay v. Bemis*, 500 F.3d 1214, 1218 (10th Cir. 2007).

    **IT IS SO ORDERED**.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**