# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ALEJANDRO C. MARTINEZ,

    Plaintiff,

v.                                             Civ. No. 07-1126 RB/CG

KENNETH J. PARKS,

    Defendant.

## ORDER

    THIS MATTER having come before the Court pursuant to Defendant Parks' Third Motion for Rule 37 Sanctions for Failure to Fully and Completely Comply with Discovery Requests (Doc. No. 94), and the Court having considered the briefs of the parties (Doc. Nos. 95 and 97), and having held a telephonic hearing and heard the arguments of the parties on May 27, 2010 (Doc. No. 98), and the Court FINDING cause for the motion in part, IT IS HEREBY ORDERED:

    1.    Plaintiff must, with specificity, identify to Defendant Parks' attorney the location, including the address and current working phone number, of Arturo and Liz Carranza, no later than 5:00 p.m., Tuesday, June 1, 2010.  If Liz Carranza is incarcerated, her prison location and prison identification number must be provided.

    2.    Plaintiff must produce to the Office of the U.S. Attorney, Albuquerque, New Mexico, no later than 5:00 p.m., Tuesday, June 1, 2010, his federal and state tax returns for the years 2003 and 2004.

3.     Plaintiff must produce to the Office of the U.S. Attorney, Albuquerque, New Mexico, no later than 5:00 p.m., Tuesday, June 1, 2010, all letters, documents, and other correspondence from the United States Internal Revenue Service and the New Mexico Tax and Revenue Division regarding plaintiff's failure to file state and federal income tax reports for the years 2005 through 2009.

4.     Plaintiff must produce to Defendant Parks' attorney at the Office of the U.S. Attorney, Albuquerque, New Mexico, no later than 5:00 p.m., Tuesday, June 1, 2010, any and all records and materials related to the incident and the claims in this lawsuit in his possession.

5.     Plaintiff must, with specificity, identify to Defendant Parks' attorney the location, including the address and current working phone number, no later than 5:00 p.m., Tuesday, June 1, 2010, of any of the 14 witnesses provided in his answer to Parks' Interrogatory #4 that he will or may call at trial.

_____
CARMEN E. GARZA
United States Magistrate Judge

2